Entered on Docket
August 24, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed August 23, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 16-41950 |
| | Chapter 7 |
| Cory Mitchell Nichols, | |
| Debtor. | |

**MEMORANDUM REGARDING MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE**

On July 11, 2016, Debtor filed the above-captioned bankruptcy case. Debtor requested a waiver of the fee associated with filing the petition; however, due to Debtor's reported income he did not qualify for a waiver. On July 22, the Court entered the *Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee* (doc. 14), thereby providing notice of the denial to Debtor and setting a payment plan. The first payment was due on August 5, 2016. On August 12, 2016, the case was dismissed because Debtor missed the first installment payment. On August 15, 2016, Debtor filed the *Motion to Vacate Order of Dismissal and to Reinstate Case* (doc. 36) (the "Motion").

To date, Debtor has not made the filing fee installment payment. For good cause appearing, the Court hereby DENIES the Motion.

**\*END OF ORDER\***

1

| | |
|---|---|
| 1 | |
| 2 | <u>**COURT SERVICE LIST**</u> |
| 3 | All ECF participants. |
| 4 | **Cory Mitchell Nichols** |
| 5 | 6680 Alhambra Ave. #149<br>Martinez, CA 94553 |